

# Fourth Court of Appeals
## San Antonio, Texas

September 22, 2022

No. 04-22-00245-CV

Larry **CONN**, Laura Conn, and L-C Concrete, Inc. d/b/a Texas Concrete Construction Company,
Appellants

v.

Paul **BISHOP**, Individually And Derivatively On Behalf Of Medina Valley Materials, LLC,
Medina Valley Holdings, LLC, Medina Valley Land, LLC, Medina Valley Equipment, LLC,
And Medina Valley Concrete Construction, LLC, And Jacob Bishop, Individually And
Derivatively On Behalf Of Medina Valley Materials, LLC, Medina Valley Holdings, LLC,
Medina Valley Land, LLC, and Medina Valley Equipment, LLC,
Appellees

From the 289th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI02401
Honorable David A. Canales, Judge Presiding

# O R D E R

Appellants' reply brief is due on September 19, 2022. *See* TEX. R. APP. P. 38.6(c). Before the due date, Appellants filed an unopposed motion for a seven-day extension of time to file the reply brief.

Appellants' motion is granted; the reply brief is due on September 26, 2022. *See id.* R. 38.6(d).

It is so **ORDERED** September 22, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT